# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Deanne Sopelle, for A.N.S.,      Civ. No. 09-3022 (PJS/JJK)

    Plaintiff,

v.      **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

---

Sean M. Quinn, Esq., Falsani, Balmer, Peterson, Quinn & Beyer, counsel for Plaintiff.

Lonnie F. Bryan, Esq., Assistant United States Attorney, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 23, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 7), is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 14), is **GRANTED**; and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 12/09/10      s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge